UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC KELLEY, | No. C 09-2268 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| GRASS VALLEY POLICE DEPARTMENT OFFICERS SHOBERG; et al., | |
| Defendants. | |

Isaac Kelley filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred during his arrest in Grass Valley, California. Grass Valley is in Nevada County, within the venue of the Eastern District of California. The defendants are Grass Valley police officers, and appear to reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: May 28, 2009

_____
SUSAN ILLSTON
United States District Judge